USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/28/10

RECEIVED
JUN 28 2010
CHAMBERS OF
ANDREW J. PECK

Kaplan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WI-LAN INC.,

          Plaintiff,

v.

LG ELECTRONICS, INC. and LG
ELECTRONICS U.S.A., INC.,

          Defendants.

-----------------------------------------------------------x

10 CV 432 (LAK) (AJP)

**PARTIES'**
**STIPULATION REGARDING**
**EXPERTS** & ORDER

    Plaintiff Wi-LAN, Inc. and defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., (collectively the "Parties") hereby stipulate as follows:

    1.    The Parties in this matter have agreed to disclose experts and to prepare and disclose expert reports in a manner that complies with Rules 26(a)(2)(A)-(D) of the Federal Rules of Civil Procedure.

    2.    Discovery of communications between or among the Parties, the Parties' counsel and their testifying experts retained or specially employed by that counsel shall be limited to factual information, analyses, documents, and data considered or relied on by the expert in rendering the opinions expressed in an expert report or at trial or other hearing in this litigation. Thus, any factual information concerning tests and/or any test data or results, for example, obtained by or made known to a testifying expert (regardless of whether or not it was relied on by the testifying expert) shall be discoverable.

    3.    The foregoing notwithstanding, the Parties and their experts do not need to produce any communications between or among the Parties, the Parties' counsel and their

experts relating to their experts' review, analysis and preparation of an expert report in this case, and the Parties and their experts do not need to produce any drafts of their experts' reports.

SO STIPULATED.

DATED: June 23, 2010

_____
Richard A. Edlin (RE 1998)
Daniel I.A. Smulian (DS 4746)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-6528 (*telephone*)
(212) 801-5528 (*facsimile*)
edlinr@gtlaw.com

Of counsel:

Richard D. Harris (*pro hac vice*)
Jeffrey G. Mote (*pro hac vice*)
Eric J. Maiers (*pro hac vice*)
GREENBERG TRAURIG, LLP
77 West Wackver Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400 (*telephone*)
harrisr@gtlaw.com
motej@gtlaw.com
maierse@gtlaw.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

SO ORDERED:  _____ 6/28/10
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy to: YGCF! All Counsel

BY FAX

2

_[signature]_
David Grais (DG-7118)
Owen L. Cyrulnik (OC-0598)
Jobe G. Danganan (JD-1537) (to be admitted)
GRAIS & ELLSWORTH LLP
70 East 55th Street
New York, New York 10022
(212)755-0100

Of counsel:

David E. Sipiora (DS-4464)
Matthew C. Holohan (admitted pro hac vice)
TOWNSEND AND TOWNSEND AND CREW LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
(303) 571-4000

Richard S. Meyer (admitted pro hac vice)
Jonathan D. Link (admitted pro hac vice)
TOWNSEND AND TOWNSEND AND CREW LLP
1301 K Street, NW
Ninth Floor, East Tower
Washington, DC 20005
(202) 481-9911

*Attorneys for Plaintiff*
*WI-LAN, INC.*

SO ORDERED:

_____ _[signature]_
U.S.D.J.