**townsend.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/7/10

DENVER
1400 Wewatta Street
Suite 600
Denver, CO 80202
Phone: 303 571 4000
Fax: 303 571 4321
Matthew C. Holohan
mcholohan@townsend.com

August 27, 2010


RECEIVED AUG 3 0 2010 CHAMBERS OF ANDREW J. PECK

VIA FAX
The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: 212-805-7933

**MEMO ENDORSED** 9/7/10

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re: *Wi-LAN Inc. v. LG Electronics, Inc. et al.*, Case No. 10-CV-432 (LAK)(AJP)

Dear Judge Peck:

Pursuant to the Court's orders at the August 23, 2010 Status Conference, the parties hereby inform the Court that they have resolved their disagreements regarding scheduling the depositions of Defendants, and have agreed to the following schedule:

- Plaintiff will depose LGEUS regarding Topic Nos. 1, 2, 7, 13, 15-17 and 23 on September 22 in Chicago, Illinois.

- Plaintiff will depose LGEUS regarding Topic Nos. 4 (in part) and 9-12 on September 28 in Washington, D.C.

- Plaintiff will depose LGE regarding Topic Nos. 1, 2, 13-15 and 17-26 on September 29 in Washington, D.C. Should this witness' use of an interpreter necessitate additional time for testimony, the deposition may continue on for a reasonable period of time beyond 7 hours on September 29 or part of September 30.

- Plaintiff will depose LGE regarding Topic Nos. 3, 4 (in part), 5-8, and 16 on October 6 or 7 in Korea. Should this witness' use of an interpreter necessitate additional time for testimony, the deposition may continue on for a reasonable period of time beyond 7 hours on October 6, 7 or 8.

**BY FAX**

# townsend.

The Honorable Andrew J. Peck
August 27, 2010
Page 2

The parties will contact the Court to reschedule the Status Conference currently set for September 22 in light of the schedule above.

Respectfully submitted,

| TOWNSEND AND TOWNSEND AND CREW LLP | GREENBERG TRAURIG LLP |
|---|---|
| /s/ Matthew C. Holohan | /s/ Jeffrey G. Mote |
| Matthew C. Holohan | Jeffrey G. Mote |
| 1400 Wewatta Street, Suite 600 | 200 Park Avenue |
| Denver, CO 80202 | New York, NY 10166 |
| Telephone: (303) 571-4000 | Telephone: (212) 801-9200 |
| Facsimile: (303) 571-4321 | Facsimile: (212) 801-6400 |
| Attorneys for Plaintiff WI-LAN INC. | Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC. |

62853318 v1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** September 7, 2010                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| David A. Koenigsberg, Esq. | 212-223-2185 |
| Matthew C. Holohan, Esq. David E. Sipiora, Esq. | 303-571-4321 |
| Richard S. Meyer, Esq. Jonathan D. Link, Esq. | 202-481-3972 |
| Jeffrey G. Mote, Esq. Richard A. Edlin, Esq. | 212-801-6400 |
| Richard D. Harris, Esq. | 312-456-8435 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/7/10**

Deposition schedule approved.

Copy to:    Judge Lewis A. Kaplan