# townsend.



RECEIVED OCT 15 2010 CHAMBERS OF ANDREW J. PECK

DENVER
1400 Wewatta Street
Suite 600
Denver, CO 80202
Phone: 303 571 4000
Fax: 303 571 4321
David E. Sipiora
desipiora@townsend.com

October 15, **MEMO ENDORSED** 10/18/10
STATUS CONF. 10/21 at 11 AM.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge
Copy ECF

**VIA FAX**
The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: (212) 805-7933

BY ECF

Re:   *Wi-LAN Inc. v. LG Electronics, Inc. et al.*, Case No. 10-CV-432 (LAK)(AJP)

Dear Magistrate Judge Peck:

Plaintiff Wi-LAN Inc. respectfully requests that the Court conduct a Status Conference on October 21, 2010. Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. have stated that they are available for a Status Conference on October 21.

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

Matthew C. Holohan
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Plaintiff
WI-LAN INC.

62942973 v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/18/10