UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**WI-LAN INC.**,    10 CV 432 (LAK) (AJP)

       Plaintiff,

**NOTICE OF APPEARANCE**

v.

**LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.**,

       Defendants.

------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that James J. Lukas, Jr. of Greenberg Traurig, LLP, hereby appears as counsel in this case for Defendants and Counterclaim-Plaintiffs LG Electronics, Inc. and LG Electronics, U.S.A., Inc., and requests that all papers in this action be served upon the undersigned. I hereby certify that I have been admitted *pro hac vice* to practice in this Court. (Dkt. 70).

Dated: December 6, 2010    Respectfully submitted,

    **GREENBERG TRAURIG, LLP**

    */s/ James J. Lukas, Jr.*

    James J. Lukas, Jr. (*pro hac vice*)
    Greenberg Traurig, LLP
    77 West Wacker Drive, Suite 3100
    Chicago, Illinois 60601
    (312) 456-8400 (*telephone*)
    lukasj@gtlaw.com

    *Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

NY 240,765,886v1