**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                               :

**WI-LAN INC.,**                                 :

                  :       **10 Civ. 432 (LAK) (AJP)**

          Plaintiff,     :

                  :

v.                               :       **NOTICE OF MOTION TO AMEND**

                  :       <u>**PLEADINGS**</u>

**LG ELECTRONICS, INC. and LG**     :

**ELECTRONICS U.S.A., INC.,**        :

                  :

         Defendants.    :

                  :
------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the annexed Affirmation of James J. Lukas, Jr.,

together with supporting exhibits annexed thereto, the accompanying Memorandum of Law,

and upon all pleadings and proceedings previously had herein, the undersigned, counsel for

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., will move this Court,

located in Room 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York, at a date and time to be determined by the Court, for an

Order:

       1.      Allowing Defendants to file their First Amended Answer and
             Counterclaims to Plaintiff's Second Amended Complaint pursuant to
             Rule 15(a) of the Federal Rules of Civil Procedure.

       2.      Granting such other and further relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE that, pursuant to S.D.N.Y. Civ. R. 6.1 and the

Court's Individual Practices, answering papers and affidavits, if any, are required to be

served upon the undersigned no more than fourteen (14) days from the date this Motion was

served.

PLEASE TAKE FURTHER NOTICE that Defendants discussed this Motion with counsel for Plaintiff, who would not agree to stipulate this Motion.

Dated: December 6, 2010

GREENBERG TRAURIG, LLP

*/s/ James J. Lukas, Jr.*

Richard A. Edlin (RE 1998)
Daniel I.A. Smulian (DS 4746)
200 Park Avenue
New  York, New York 10166
(212) 801-6528 (*telephone*)
(212) 801-5528 (*facsimile*)
edlinr@gtlaw.com

Of counsel:

Richard D. Harris (*pro hac vice*)
Jeffrey G. Mote (*pro hac vice*)
James J. Lukas, Jr. (*pro hac vice*)
Eric J. Maiers (*pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400 (*telephone*)
harrisr@gtlaw.com
motej@gtlaw.com
lukasj@gtlaw.com
maierse@gtlaw.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*