UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WI-LAN INC.,

          Plaintiff,

      -against-

LG ELECTRONICS, INC. & LG ELECTRONICS
U.S.A., INC.,

          Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/16/10

10 Civ. 0432 (LAK) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

The Court will hold a discovery conference on December 22, 2010 at 2:00 p.m. in Courtroom 20D (all counsel must be present in person) to resolve the issues raised in defendant LG's December 15, 2010 letter.

The Court strongly advises counsel to resolve as many issues as possible before the conference.

SO ORDERED.

Dated:    New York, New York
          December 16, 2010

                                       Andrew J. Peck
                                    United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                          Judge Lewis A. Kaplan