UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

WI-LAN INC.,

          Plaintiff,

    -against-

LG ELECTRONICS, INC. & LG ELECTRONICS
U.S.A., INC.,

          Defendants.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/3/11

10 Civ. 0432 (LAK) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    The Court will allow Craig Tanner to serve as an expert for Wi-Lan (and have no further participation in the Patent Reexamination proceedings before the PTO). The Court does so to avoid disruption of the expert schedule.

    As to attorney Meyer, the Court believes Wi-Lan may have complied with the letter of the Protective Order but certainly not its spirit, as to both Tanner and Meyer. Accordingly, the Court will not allow attorney Meyer to participate in this case at this time. Wi-Lan can re-apply at the time of trial (or such earlier time as the Patent Reexamination proceeding is entirely concluded).

    SO ORDERED.

Dated:    New York, New York
          January 3, 2011

                                  Andrew J. Peck
                                  United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                           Judge Lewis A. Kaplan