UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wi-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Case No. 10-CV-432 (LAK)(AJP) |

**NOTICE OF LAW FIRM NAME CHANGE AND CHANGE OF ADDRESS FOR WASHINGTON, DC OFFICE**

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2011, the law firm of Townsend and Townsend and Crew LLP, counsel for plaintiffs Wi-LAN Inc. in the above-referenced action, has combined with Kilpatrick Stockton LLP, and changed its name to Kilpatrick Townsend & Stockton LLP.  All future reference to the firm in this matter should be to Kilpatrick Townsend & Stockton LLP.  The new email addresses for each of the attorneys who either has entered an appearance or is admitted *pro hac vice* in this case to date now are identified with the attorney's name in the signature block below.  With the exception of the firm's Washington, D.C. office, the firm's and its attorneys' addresses, telephone and facsimile numbers will remain the same. The new address, telephone and facsimile numbers for Kilpatrick Townsend & Stockton's

Washington DC office are:

607 14th Street, NW, Suite 900, Washington, DC, 20005-2018, Telephone: 202 508 5800, Facsimile: 202 508 5858.

DATED: January 10, 2011

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
Richard S. Meyer (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC, 20005-2018
Telephone: 202-508-5800
Facsimile: 202-508-5858
Email: rmeyer@kilpatricktownsend.com

David E. Sipiora
Matthew C. Holohan (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: 303-571-4000
Facsimile: 303-571-4321
Email: dsipiora@kilpatricktownsend.com;
mholohan@kilpatricktownsend.com;

Attorneys for Plaintiff
Wi-LAN INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, I electronically filed the foregoing **NOTICE OF LAW FIRM NAME CHANGE AND CHANGE OF ADDRESS FOR WASHINGTON, DC OFFICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

> Richard A. Edlin, Esq.
> Greenberg Traurig, LLP
> 200 Park Avenue
> New York, NY 10166
> Facsimile: (212) 801-6400
> edlinr@gtlaw.com
>
> Jeffrey G. Mote
> Richard D. Harris
> James Lukas, Jr.
> Eric J. Maiers
> Greenberg Traurig, LLP
> 77 West Wacker Drive, Suite 3100
> Chicago, IL 60601
> Facsimile: (312) 456-8435
> motej@gtlaw.com
> harrisr@gtlaw.com
> lukasj@gtlaw.com
> maierse@gtlaw.com

Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.

*/s/ Sharon O. Cunch*

63091663 v1