# MEMO ENDORSED



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
T 303.571.4000  F 303.571.4321

**David E. Sipiora**
DSipiora@kilpatricktownsend.com

January 12, 2011

**BY HAND**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

1/13/11

Re:   *Wi-LAN Inc. v. LG Electronics, Inc. et al.*, Case No. 10-CV-432 (LAK)(AJP)

Dear Judge Kaplan:

Enclosed please find courtesy copies of the following submissions filed by Plaintiff Wi-LAN Inc. ("Wi-LAN") in the above-referenced matter:

- Notice of Plaintiff Wi-LAN Inc.'s Objection Pursuant to Federal Rule of Civil Procedure 72(a)

- Plaintiff Wi-LAN Inc.'s Memorandum of Law in Support of Objection Pursuant to Federal Rule of Civil Procedure 72(a)

- Declaration of Matthew C. Holohan dated January 12, 2011.

As set forth in these submissions, the ruling of Magistrate Judge Peck that is the subject of Plaintiff's Objection directly concerns the participation of one of Plaintiff's outside attorneys in the litigation. Expert discovery is well under way, and motions for summary judgment are scheduled for March 18, 2011. Accordingly, given the stage of the proceedings and the prejudice to Plaintiff arising from Magistrate Judge Peck's ruling, Plaintiff respectfully requests an expedited briefing scheduling concerning its Objection, whereby any opposition to the Objection would be due January 24, 2011, and any reply brief would be due January 28, 2011. Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. have agreed to this proposed schedule.

January 12, 2011
Page 2

Plaintiff further respectfully requests that the Court conduct a hearing on Plaintiff's Objection on January 31, 2011.

Respectfully submitted,

KILPATRICK TOWNSEND AND STOCKTON LLP

*David Sipiora/DK*

David E. Sipiora
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Plaintiff
WI-LAN INC.

cc: Richard A. Edlin, Esq.
Richard D. Harris, Esq.
Jeffrey G. Mote, Esq.
Eric J. Maiers, Esq.
James Lukas, Jr., Esq.

(By Electronic Mail)

*Approved except that the Court declines at this time to schedule any hearing or argument. SO ORDERED.*

LEWIS A. KAPLAN, USDJ
1/13/11