```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/4/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WI-LAN INC.,                               :

        Plaintiff,               :           10 Civ. 0432 (LAK) (AJP)

    -against-                             :           **ORDER**

LG ELECTRONICS, INC. & LG ELECTRONICS     :
U.S.A., INC.,
                                           :
        Defendants.
                                           :
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        The Court will hold a conference on February 10, 2011 at 9:30 a.m. in Courtroom 20D to discuss the issues raised in Wi-Lan's two letters of February 3, 2011, i.e., the Hamilton and Lechner Declarations, and LG's opinion of counsel defense.

        LG is to bring all the documents it has produced re the opinion of counsel defense to the conference.

        SO ORDERED.

Dated:      New York, New York
              February 4, 2011

                                                            Andrew J. Peck
                                                     United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                              Judge Lewis A. Kaplan