UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
WI-LAN INC.,                                                :
                                                            :        10 Civ. 432 (LAK) (AJP)
            Plaintiff,                                      :
                                                            :
v.                                                          :        NOTICE OF DEFENDANTS'
                                                            :        MOTION TO PRECLUDE
LG ELECTRONICS, INC. and LG                                 :        PLAINTIFF FROM PURSUING A
ELECTRONICS U.S.A., INC.,                                   :        CLAIM OF PATENT
                                                            :        INFRINGEMENT UNDER THE
            Defendants.                                     :        DOCTRINE OF EQUIVALENTS
                                                            :
------------------------------------------------------------x

    PLEASE TAKE NOTICE that, upon the annexed Affirmation of James J. Lukas, Jr., together with supporting exhibits annexed thereto, the accompanying Memorandum of Law, and upon all pleadings and proceedings previously had herein, the undersigned, counsel for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., will move this Court, located in Room 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order:

    1.    Precluding Plaintiff Wi-LAN, Inc. from pursuing a claim of patent infringement under the "doctrine of equivalents" at summary judgment and trial.

    2.    Granting such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that, pursuant to S.D.N.Y. Civ. R. 6.1 and the Court's Individual Practices, answering papers and affidavits, if any, are required to be served upon the undersigned no more than seven (7) days from the date this Motion was served.

PLEASE TAKE FURTHER NOTICE that Defendants discussed this Motion with counsel for Plaintiff, who would not agree to stipulate this Motion.

Dated: February 4, 2011

**GREENBERG TRAURIG, LLP**

*/s/ James J. Lukas, Jr.*
Richard A. Edlin (RE 1998)
Daniel I.A. Smulian (DS 4746)
200 Park Avenue
New York, New York 10166
(212) 801-6528 (*telephone*)
(212) 801-5528 (*facsimile*)
edlinr@gtlaw.com

Of counsel:

Richard D. Harris (*pro hac vice*)
Jeffrey G. Mote (*pro hac vice*)
James J. Lukas, Jr. (*pro hac vice*)
Eric J. Maiers (*pro hac vice*)
Mathew J. Levinstein (*pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400 (*telephone*)
harrisr@gtlaw.com
motej@gtlaw.com
lukasj@gtlaw.com
maierse@gtlaw.com
levinsteinm@gtlaw.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*