UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WI-LAN INC.,
                 Plaintiff,

v.

LG ELECTRONICS, INC. and LG
ELECTRONICS U.S.A., INC.,
                 Defendants.
------------------------------------------------------------- x

10 Civ. 432 (LAK) (AJP)

**AFFIRMATION OF JAMES J. LUKAS, JR. IN SUPPORT OF DEFENDANTS'
MOTION TO PRECLUDE PLAINTIFF FROM PURSUING A CLAIM OF PATENT
INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS**

     I, James J. Lukas, Jr., affirm as follows:

     1.    I am an attorney at Greenberg Traurig, LLP, attorneys for Defendants and Counterclaim-Plaintiffs LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively "LG" or "Defendants") in the above-captioned matter. I have personal knowledge of the facts discussed herein and, if called to testify, I would and could competently testify to those facts. I respectfully submit this Affirmation in support of Defendants' Motion to preclude Plaintiff from pursuing a claim of patent infringement under the doctrine of equivalents.

     2.    Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Response to Defendant LG Electronics, Inc.'s First Set of Interrogatories (Nos. 1-8).

     3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the 8/23/10 Hearing Transcript, Dkt. 74.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Second Supplemental Response to Defendant LG Electronics, Inc.'s First Set of Interrogatories (Nos. 1-8).

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the 9/13/10 Hearing Transcript, Dkts. 75-76.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's Third Supplemental Responses to Defendant LG Electronics, Inc.'s First Set of Interrogatories (Nos. 1-8).

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's Objections to Defendants' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6).

8. Attached hereto as **Exhibit 7** is a true and correct copy of a September 30, 2010, letter from M. Holohan to E. Maiers.

9. Attached hereto as **Exhibit 8** is a true and correct copy of *Revlon Consumer Prods. Corp. v. The Estee Lauder Cos., Inc.*, Case No. 00 Civ. 5960 (RMB)(AJP), 2003 U.S. Dist. LEXIS 13004 (S.D.N.Y. July 30, 2003).

10. I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct to the best of my knowledge, information and belief.

Dated: February 4, 2011          */s/ James J. Lukas, Jr.*
                                 James J. Lukas, Jr.