

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/22/11

RECEIVED
FEB 16 2011
CHAMBERS OF
ANDREW J. PECK

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
T 303.571.4000  F 303.571.4321

David E. Sipiora
DSipiora@kilpatricktownsend.com

February 15, 2011

**MEMO ENDORSED** 2/22/11

VIA FAX
The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: (212) 805-7933

*[Handwritten endorsement:] The document is to be filed by you now as not filed it. Thus, if you do not file it now, you will not be allowed to file it later.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*[Handwritten:] on ECF. AJP*

Re: *Wi-LAN Inc. v. LG Electronics, Inc. et al.*, Case No. 10-CV-432 (LAK)(AJP)

Dear Magistrate Judge Peck:

Pursuant to the Court's Order at the February 10, 2011 Status Conference, Plaintiff Wi-LAN Inc. ("Plaintiff") hereby notifies the Court and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. ("Defendants") that Plaintiff declines to take the depositions of Bernard J. Lechner and Jeffrey S. Hamilton at this time. At the Conference, the Court characterized the decision whether to conduct these depositions as a "Hobson's Choice." Given that Defendants' conduct created this situation, we would hope that the Court would be open to allowing the deposition of these individuals, if necessary, at a later time and, to the extent possible under the circumstances, Wi-LAN expressly requests to reserve that right.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

David E. Sipiora / MJH
David E. Sipiora
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Plaintiff WI-LAN INC.

Cc: Richard D. Harris

63155404 v1

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  February 22, 2011                              Total Number of Pages: 2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

The choice was to take the deposition now or not take it. thus, by not taking it now, you will not be allowed to take it later.

Copies by ECF to: All Counsel
                  Judge Lewis A. Kaplan