UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
WI-LAN INC., :
: 
                Plaintiff, :    **10 Civ. 432 (LAK) (AJP)**
:
v. :    **AFFIRMATION OF JAMES J.**
:    **LUKAS, JR. IN SUPPORT OF**
:    **DEFENDANTS' SUPPLEMENTAL**
LG ELECTRONICS, INC. and LG :    **BRIEF IN SUPPORT OF THEIR**
ELECTRONICS U.S.A., INC., :    **MOTION TO PRECLUDE**
:    **PLAINTIFF FROM PURSUING A**
                Defendants. :    **CLAIM OF PATENT**
:    **INFRINGEMENT UNDER THE**
                                                                                                                                                                                    **DOCTRINE OF EQUIVALENTS**
                                                                                                                                                       **AND MOTION TO STRIKE**
------------------------------------------------------------- x

I, James J. Lukas, Jr., affirm as follows:

1.    I am an attorney at Greenberg Traurig, LLP, attorneys for Defendants and Counterclaim-Plaintiffs LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively "LG" or "Defendants") in the above-captioned matter. I have personal knowledge of the facts discussed herein and, if called to testify, I would and could competently testify to those facts. I respectfully submit this Affirmation in support of Defendants' Supplemental Brief in Support of Their Motion to Preclude Plaintiff from Pursuing a Claim of Patent Infringement Under the Doctrine of Equivalents and Motion to Strike.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the Rebuttal of Craig K. Tanner to the Expert Report on Non-Infringement by Adam Goldberg, served February 24, 2011. [FILED UNDER SEAL].

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct to the best of my knowledge, information and belief.

NY 240,967,960_1

2

Dated: February 27, 2011     /s/ James J. Lukas, Jr.
                              James J. Lukas, Jr.