TOWNSEND
2011  14:05  3035714321  PAGE  02/03


**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW


RECEIVED
FEB 28 2011
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/28/11

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
T 303.571.4000  F 303.571.4321

David E. Sipiora
DSipiora@kilpatricktownsend.com

February 28, 2011

VIA FAX
The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: (212) 805-7933

**MEMO ENDORSED** 2/28/11
Schedule approved as modified.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

By ECF

Copy to: [illegible]

Re:   *Wi-LAN Inc. v. LG Electronics, Inc. et al.*, Case No. 10-CV-432 (LAK)(AJP)

Dear Magistrate Judge Peck:

Pursuant to the Court's orders at the February 10, 2011 Status Conference, Plaintiff Wi-LAN Inc. ("Plaintiff") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively "Defendants") respectfully submit the following proposed schedule and parameters for summary judgment briefing in the above-referenced matter.

(1) [AP]  Not later than ~~March 18, 2011~~ 4/1/11, each side may file a single motion incorporating all dispositive issues to be addressed by supporting memoranda. Each party may file any number of supporting memoranda. The total number of pages for all memoranda filed by a side shall not exceed 125 pages. Each party may additionally file a single omnibus Rule 56.1 separate statement of undisputed facts, not to exceed 50 pages.

(2) [AP]  Not later than April ~~8~~ 22, 2011, each side may file any number of opposition memoranda. The total number of pages for all opposition memoranda shall not exceed 125 pages. Each side may file an omnibus Rule 56.1 response to the opposing side's statement of facts, not to exceed 50 pages.

February 28, 2011
Page 2

(3) Not later than ~~April 20, 2011~~ 5/4/11. Each side may file any number of reply memoranda. The total number of pages for all reply memoranda shall not exceed 60 pages. No reply memoranda shall be filed addressing issues on which both sides moved.

(4) All memoranda, statements of undisputed facts, and responses thereto shall be in 12-point Times New Roman font, double-spaced (not "Exactly 24 pt"), with 1-inch margins.

(5) The term "side" in paragraphs (1) – (3) above shall refer to Plaintiff Wi-LAN Inc. as one "side" and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., collectively, as the other "side."

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

*[signature]*

1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Plaintiff WI-LAN INC.

GREENBERG TRAURIG LLP

*[signature]*

77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.

63178503 v1

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated:</u>   February 28, 2011                             <u>Total Number of Pages:</u>  3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Schedule approved as modified.

Copy <u>by ECF</u> to:   All Counsel
                        Judge Lewis A. Kaplan