UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | No. 10-CV-432 (LAK)(AJP) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2011, a true and correct copy of the foregoing **PLAINTIFF WI-LAN INC.'S REPLY MEMORANDUM IN SUPPORT OF OBJECTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a) and SUPPLEMENTAL DECLARATION OF WILLIAM MIDDLETON** was served by electronic mail to the following:

Richard A. Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
edlinr@gtlaw.com

Richard D. Harris
Jeffrey G. Mote
Eric J. Maiers
James Lukas, Jr.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
harrisr@gtlaw.com
motej@gtlaw.com
maierse@gtlaw.com
lukasj@gtlaw.com

Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.

MELISSA K. DRISCOLL

63179868 v1