```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WI-LAN INC.,                              :
              Plaintiff,                  :     10 Civ. 0432 (LAK) (AJP)
       -against-                          :     ORDER
LG ELECTRONICS, INC. & LG ELECTRONICS     :
U.S.A., INC.,
                                          :
              Defendants.                 x
------------------------------------------
```

**ANDREW J. PECK, United States Magistrate Judge:**

LG is to promptly provide me with a courtesy copy of the disputed Tanner Rebuttal Expert Report (regarding Doctrine of Equivalents), previously filed under seal as Ex. A to the Lukas Affidavit. (If it is short enough, fax it.)

SO ORDERED.

Dated:  New York, New York
        March 1, 2011

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Lewis A. Kaplan