UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/30/11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WI-LAN INC.,                                     :

               Plaintiff,                    :                    10 Civ. 0432 (LAK) (AJP)

          -against-                         :          **ORDER SCHEDULING**
                                                              **STATUS CONFERENCE**
LG ELECTRONICS, INC. & LG ELECTRONICS            :
U.S.A., INC.,
                                                 :

              Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for Monday, April 4, 2011

at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       SO ORDERED.

Dated:      New York, New York
           March 30, 2011

                               Andrew J. Peck
                             United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                   Judge Lewis A. Kaplan