

Apr-04-11 03:15pm From-GREENBERG TRAURIG 312 456 8435 T-245 P.002/003 F-487

Case 1:10-cv-00432-LAK -AJP Document 216 Filed 04/04/11 Page 1 of 3

**GT** GreenbergTraurig

Jeffrey G. Mote
Tel 312.456.8401
Fax 312.456.8435
motej@gtlaw.com

RECEIVED
APR 04 2011
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/4/11

April 4, 2011

**VIA FACSIMILE**
Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom: 20D
New York, NY 10007-1312
Fax: 212-805-7933

    Re:    *Wi-LAN Inc. v. LG Electronics, Inc. and LG Electronics U.S.A., Inc.*
            *Civil Action No. 10 Civ. 432 (LAK) (AJP)*

Dear Magistrate Judge Peck:

    Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. ("LG" or "Defendants") respectfully request clarification concerning their response to Plaintiff's February 3, 2011 letter to the Court, requesting that the Court strike the declarations of Bernard Lechner and Jeffrey Hamilton, which were attached to LG's Opening Expert Report on Invalidity prepared by Adam Goldberg (the "Goldberg Report").

    The Court addressed this issue during a February 10, 2011 status hearing and indicated that it would defer consideration of Plaintiff's challenge to the declarations of Messrs. Hamilton and Lechner until summary judgment. Plaintiff has now formally reasserted its objection through a Motion for Partial Summary Judgment that GI and Digicipher References Do Not Qualify As Prior Art, arguing that the Goldberg Report should be stricken based on the same arguments concerning the allegedly improper Lechner and Hamilton declarations that it raised in the 2/3/11 letter request.

    Under the Court's briefing schedule for dispositive motions, a party's response to an opposing party's summary judgment motion is due on April 22, 2011. Accordingly, Defendants respectfully ask the Court to clarify that their response, including a supporting declaration regarding the retention of Lechner and Hamilton, on the issues raised in Plaintiff's 2/3/11 letter request is now due on April 22, 2011, as part of LG's response to Wi-LAN's summary judgment motion on the same issue.



MEMO ENDORSED 4/4/11
Approved.
SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN∙∙
BOSTON
BRUSSELS∙
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON∙
LOS ANGELES
MIAMI
MILAN∙∙
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME∙∙
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH∙∙
∙OPERATES AS GREENBERG TRAURIG MAHER LLP
∙∙STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ∙ ATTORNEYS AT LAW ∙ WWW.GTLAW.COM
77 West Wacker Drive, Suite 3100 ∙ Chicago, Illinois ∙ Tel 312.456.8400 ∙ Fax 312.456.8435
NY 241,072,763v2

Hon. Andrew J. Peck
April 4, 2011
Page 2

---

      The requested clarification will promote judicial economy by eliminating the need to address the same issue twice: first in connection with Wi-LAN's letter request and then in connection with Wi-LAN's summary judgment motion.

Very truly yours,

*/s/ Jeffrey G. Mote*

Jeffrey G. Mote

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  April 4, 2011                              Total Number of Pages: 3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Approved.

Copies by ECF to: All Counsel
                  Judge Lewis A. Kaplan