UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WI-LAN INC.,

                    Plaintiff,

      -against-                              10 Civ. 0432 (LAK)

LG ELECTRONICS, INC., et ano.,

                    Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on December 15, 2011 at 10:00 a.m. on plaintiffs' objection to the magistrate judge's recommended claim construction.

        SO ORDERED.

Dated:     December 2, 2011

                                                            Lewis A. Kaplan
                                                      United States District Judge