

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**MEMO ENDORSED**

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
T 303.571.4000  F 303.571.4321

David E. Sipiora
DSipiora@kilpatricktownsend.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/6/11

December 5, 2011



RECEIVED
JUDGE KAPLAN'S CHAMBERS

**VIA OVERNIGHT DELIVERY**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Wi-LAN Inc. v. LG Electronics, Inc. et al.,* Case No. 10-CV-432 (LAK)

Dear Judge Kaplan:

Plaintiff Wi-LAN Inc. ("Wi-LAN") respectfully submits this letter in response to the Court's Order of December 2, 2011 setting a hearing for December 15, 2011 in the above-referenced matter. Wi-LAN is unavailable on December 15, and therefore respectfully requests that the hearing be continued to January 5 or January 6, 2011. Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. have informed Wi-LAN that they have no objection to those dates.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

SO ORDERED *[handwritten: et al argument is cancelled]*

_____
LEWIS A. KAPLAN, USDJ
12/6/11

David E. Sipiora
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Plaintiff WI-LAN INC.

Cc: Richard D. Harris (Counsel for LG)

63863811 v1