UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WI-LAN INC.,

                              Plaintiff,

               -against-                                    10  Civ. 0432 (LAK)

LG ELECTRONICS, INC., et ano.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

               Defendants move for an award of attorneys' fees and expenses pursuant to 35
U.S.C. Fed. R. Civ. P. 11, and the Court's inherent power.  DI 314.  Magistrate Judge Andrew J.
Peck recommended that the motion be denied.  No objections have been filed.

               Accordingly, the motion is denied.

               SO ORDERED.

Dated:         June 14, 2013

                                              _____
                                                     Lewis A. Kaplan
                                                United States District Judge